UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>BRIAN JAMES BELL,<br><br>                Defendant. | Case No. MJ21-656 MLP<br><br>DETENTION ORDER |

Defendant Brian James Bell is charged with two counts in the Southern District of Iowa. The first count alleges possession with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1). The second count alleges carrying a firearm in relation to a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A). On December 16, 2021, the Court held a detention hearing pursuant to 18 U.S.C. § 3142(f) and, based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Mr. Bell is a flight risk due to his lack of stable residence, lack of ties to the community, and his failure to communicate with the probation office for almost two months.

DETENTION ORDER - 1

2. Based on these findings, and for the reasons stated on the record, there are no conditions or combination of conditions other than detention that will reasonably assure the appearance of Mr. Bell as required pending his initial appearance in the Southern District of Iowa.

IT IS THEREFORE ORDERED:

(1) Mr. Bell shall be detained pending initial appearance in the Southern District of Iowa and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Bell shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Bell is confined shall deliver Mr. Bell to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Bell, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 17th day of December, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 2